UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JIMMY GARDNER,
          Plaintiff,

    v.                                  CASE NO. 3:11-cv-572(VLB)

BRIAN K. MURPHY, et al.,
          Defendants.

## ORDER

On December 29, 2011, the Clerk docketed an Amended Complaint which includes six new defendants.  (*See* Amended Compl., Doc. No. 16.)   On February 16, 2012, the Court directed the Clerk to effect service of the Amended Complaint on defendants Marinelli, Butkiewicz, Wright, Maldonado, Faucher and LaJoie in their official and individual capacities.

It has come to the Court's attention that the Amended Complaint has not been served on the above defendants.  Accordingly, the Court enters the following orders:

(1)    Within fourteen (14) days of this Order, the Pro Se Prisoner Litigation Office shall ascertain from the Department of Correction Office of Legal Affairs the current work address for the following defendants: Captain Marinelli, Captain Butkiewicz, Dr. Carson Wright, Warden Maldonado, Deputy Warder Faucher and District Administrator Michael LaJoie and mail a waiver of service of process request packet, including the Amended Complaint [Doc. No. 16] and this Order, to each of these defendants in his or her individual capacity at his or her current

work address.  On the thirty-fifth (35th) day after mailing, the Pro Se Office shall report to the court on the status of the waiver request.  If any defendant fails to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshals Service and that defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

(2)     Within fourteen (14) days of this Order, the U.S. Marshals Service shall serve the summons, a copy of the Amended Complaint [doc. #16] and this Order on defendants Captain Marinelli, Captain Butkiewicz, Dr. Carson Wright, Warden Maldonado, Deputy Warder Faucher and District Administrator Michael LaJoie in their official capacities at the Office of the Attorney General, 55 Elm Street, Hartford, CT  06141 .

(3)     The Clerk shall send a copy of this Order and a copy of the Amended Complaint [Doc. No. 16] to counsel for defendants Murphy, Arnone and Quiros.

(4)     The defendants shall file their response to the Amended Complaint, either an answer or motion to dismiss, within thirty (30) days from the date of this order.  If the defendants choose to file an answer, they shall admit or deny the allegations and respond to the cognizable claims recited above.  They may also include any and all additional defenses permitted by the Federal Rules.

(5)     Discovery, pursuant to Federal Rules of Civil Procedure 26 through 37, shall be completed within four months (120 days) from the date of this order.  Discovery requests need not be filed with the court.

(6)     All motions for summary judgment shall be filed within five months (150 days) from the date of this order.

SO ORDERED this **19th** day of ___July___ 2012, at Hartford, Connecticut.

/s/
**VANESSA L. BRYANT**
**UNITED STATES DISTRICT JUDGE**