# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JIMMY GARDNER　　　　　　　　　　　:　　　NO. 3:11CV00572(MPS)
　　　Plaintiff　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
VS.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
BRIAN K. MURPHY, *et al.*　　　　　　:
　　　Defendants　　　　　　　　　　:　　　May 13, 2016

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Jimmy Gardner, and the defendants, Brian K. Murphy, Leo Arnone, David Butkiewicus, John Faucher, Michael Lajoie, Edward Maldonado, Dennis Marinelli, and Angel Quiros, by and through their attorneys, hereby stipulate that the above-captioned Complaint may be dismissed with prejudice.

　　　　　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　Jimmy Gardner

/s/ _____
　　　　　　　　　　　　　　Robert B. Mitchell (ct02662)
　　　　　　　　　　　　　　Mitchell & Sheahan, PC
　　　　　　　　　　　　　　80 Ferry Blvd., Suite 216
　　　　　　　　　　　　　　Stratford, CT 06615


　　　　　　　　　　　　　　DEFENDANTS,
　　　　　　　　　　　　　　Brian Murphy, *et al.*

1

GEORGE JEPSEN
ATTORNEY GENERAL

/s/ _____

Carmel A. Motherway, #ct23175
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
carmel.motherway@ct.gov

## CERTIFICATION

I hereby certify that on May 13, 2016, a copy of the foregoing was filed

electronically. Notice of this filing will be sent by e-mail to all parties by operation

of the Court's electronic filing system. Parties may access this filing through the

Court's system.

_____
Carmel A. Motherway